IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

HUNTINGTON DIVISION

**ELIZABETH MARTIN**, individually and on
behalf of all others similarly situated,

    Plaintiff,

v.                                           Civil Action No. 3:18-Cv-00468

**ETC FUND and DREW ECKL
FARNHAM, LLP,**

    Defendants.

## AGREED DISMISSAL ORDER

The Court has been advised that all allegations, claims and demands asserted by the Plaintiff, Elizabeth Martin, against the Defendants ETC Fund and Drew Eckl Farnham, LLP have been settled, compromised, and agreed. Further, based upon these representations the Plaintiff and Defendants jointly move to dismiss the above styled civil action with prejudice between these parties. It is, therefore, **Ordered** that the above styled civil action be **dismissed with prejudice** as it pertains to those allegations, claims and demands asserted by Plaintiff against Defendants, each party to bear its own fees and costs.

ENTERED Oct 10, 2018

_____
Robert C. Chambers
United States District Judge

Prepared by:

*s/ Patricia M. Kipnis*
Patricia M. Kipnis (WVSB #12896)
Bailey & Glasser LLP
923 Haddonfield Road
Suite 300
Cherry Hill, New Jersey 08002
(856) 324-8219
pkipnis@baileyglasser.com

Jonathan R. Marshall (WVSB #10580)
Bailey & Glasser LLP
209 Capitol Street
Charleston, WV 25301
(304) 345-6555
(304) 342-1110 facsimile
jmarshall@baileyglasser.com

- and –

Benjamin Sheridan (WVSB #11296)
Klein & Sheridan, LC
3566 Teays Valley Rd
Hurricane, WV 25526
T: (304) 562-7111
F: (304) 562-7115
bsheridan@kswvlaw.com

*Counsel for Plaintiff*


*s/ Albert C. Dunn, Jr.*
Albert C. Dunn, Jr.
Bailey & Wyant, PLLC
P.O. Box 3710
Charleston, West Virginia 25337
adunn@baileywyant.com

*Counsel for Defendants*